UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 19-22921-BKC-SMG
CHAPTER 13

IN RE:
AMY R. SMITH
    Debtor.
_____/

**DEBTOR'S MOTION TO VALUE COLLATERAL OF U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 AND NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER AND <u>DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY</u>**

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below**.

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING <u>[SEE LOCAL RULE 3015-3(A)(2)]</u>**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 calendar days from the date this Motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment or any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

    1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3 the Debtors seeks to value real property securing the claim of U.S. Bank, N.A., as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2007-6 and Nationstar Mortgage, LLC, a/k/a Mr. Cooper, who holds a lien on the real property, a first mortgage, recorded on February 23, 2007 at OR Book 43650 at Pages 678-704, in the official records of Broward County, Florida.

2. The real property is located at 2616 Washington Street, Hollywood, FL 33020, and is more particularly described as follows:

**Lot 23, Block 2, of amended Plat of South Hollywood, according to the Plat thereof, as recorded in Plat Book 4, Page 10, of the Public Records of Broward County, Florida.**

3. At the time of the filing of this case, the value of the real property is $133,340.00, as determined by the Debtor's knowledge and belief.

4. n/a hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $n/a.

5. (Select only one):

___ collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of , the value of the secured interest in the real property is $0.

_X_ Lender, U.S. Bank, N.A., as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2007-6 and Nationstar Mortgage, LLC, a/k/a Mr. Cooper, collateral is not solely the debtors' principal residence.  The value of the Lender's secured interest in the real property is $133,340.00.  Lender's, U.S. Bank, N.A., as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2007-6 and Nationstar Mortgage, LLC, a/k/a Mr. Cooper, secured claim shall be paid through the plan at 3.25 % and for a total of $144,647.50, to be paid for over the life of the Plan.

6.  The undersigned has reviewed the docket and claims register and states (select only one):

__  Lender,  has not filed a proof of claim.  The Trustee shall not disburse any payments to Lender, unless a proof of claim is timely filed.  In the event a Proof of Claim is timely filed, it shall be classified as a general secured claim to the extent provided in paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the Proof of Claim as filed.

_X_  Lender, U.S. Bank, N.A., as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2007-6 and Nationstar Mortgage, LLC, a/k/a Mr. Cooper, has filed a proof of claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.  The subject real property may not be sold or refinanced without proper notice and further Order of the Court.

WHEREFORE, the Debtor respectfully requests an Order of the Court  (a) determining the value of the real property in the amount asserted in this Motion, (b) determining that the secured status of Lender, U.S. Bank, N.A., as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2007-6 and Nationstar Mortgage, LLC, a/k/a Mr. Cooper, mortgage as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if

Lender's, secured interest in the real property is determined to be $133,340.00, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT**:

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee, Robin R. Weiner, at least two (2) business days prior to the hearing scheduled on this motion, the value of the collateral may be established at the amount as stated above without further notice, hearing or Order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the Notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion to Value Collateral was sent via email to Robin R. Weiner, Trustee at ecf@ch13weiner.com, Melbalynn Fisher, counsel for U.S. Bank at Melbaylynn.Fisher@mccalla.com, Ashley Prager Popowitz, counsel for U.S. Bank at Ashley.popowitz@mccalla.com and all others set forth in the NEF, this 9th day of January, 2020, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Nationstar Mortgage, LLC, d/b/a Mr. Cooper, Attn: Bankruptcy Dept., Post Office Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, d/b/a Mr. Cooper, Attn: Bankruptcy Dept., Post Office Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, Attn: Jay Bray, MGR, 8950 Cypress Waters Blvd, Dallas, TX 75019 and U.S. Bank, N.A., Attn; Andrew Cecere, CEO/President, (U.S. Certified Mail) 425 Walnut Street, Cincinnati, OH 45202.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL  33126
Telephone       (305) 443-4217
Email- Pleadings@bkclawmiami.com

By  /s/ Michael A. Frank
       Michael A. Frank
       Florida Bar No. 339075