UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

AMY R SMITH,                                        Case No.:   19-22921-SMG
                                                    Chapter:   13

     Debtor.

_____ /

### RESPONSE TO DEBTOR'S
### MOTION TO VALUE COLLATERAL
### OF U.S. BANK N.A., AS TRUSTEE AND NATIONSTAR
### MORTGAGE, LLC D/B/A MR. COOPER AND DETERMINE
### SECURED STATUS OF LIEN ON REAL PROPERTY

U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6, by Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Secured Creditor"), by and through its undersigned counsel, responds to the Motion to Value Collateral of U.S. Bank N.A., as Trustee , successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6, by and Nationstar Mortgage, LLC d/b/a Mr.Cooper And Determine Secured Status Of Lien On Real Property (the "Motion") (Doc. No. 52) and in support thereof states as follows:

1.    <u>Debtor's Bankruptcy Case:</u>   This case was commenced by the filing of a voluntary Chapter 13 petition on September 27, 2019 by Amy R Smith (the "Debtor").

2.    <u>Collateral:</u>   Secured Creditor holds a first mortgage lien against the Debtor's real property located at 2616 Washington Street, Hollywood, Florida 33020 (the "Property").

3.    <u>Proof of Claim:</u>        On November 5, 2019, Secured Creditor timely filed Proof of Claim #1 which evidences a total secured claim of $380,926.80.

4.    <u>Motion:</u>        On January 9, 2020, the Debtor filed the Motion attempting to value the property at $133,340.00 to be paid through the plan at 3.25%.

5.    <u>Response</u>:    Secured Creditor disputes this valuation.    Based on the appraisal attached hereto as "**<u>Exhibit A</u>**", the market value of the property is at least $265,000.00. Secured Creditor requests an opportunity to have an updated appraisal completed to determine the value of the property at the time of the filing of the petition.

6.    <u>Interest rate:</u>    In Till v. SCS Credit Corp., 541 U.S. 465, 124 S.Ct.1951 (2004), the Supreme Court addressed the appropriate cram down interest rate under § 1325(a)(5)(B)(ii) and adopted the "formula approach" which begins by looking at the national prime rate, reported daily in the press, and then adding an appropriate "risk adjustment." Although Till does not specify what that risk adjustment should be, it states that courts have generally approved adjustments of 1% to 3%.

Accordingly, Secured Creditor maintains that, without evidence why a different adjustment should be used, a risk adjustment of 2% should be reasonable.    The prime rate, as published in the Wall Street Journal, is currently 4.75%.    Accordingly, Secured Creditor maintains that the Court should not approve a cram down interest rate less than 6.75%.

7.    <u>Attorney's Fees and Costs:</u>    Secured Creditor has incurred additional fees and costs as a result of having to file this response:

8.    <u>Supplement:</u>    Secured Creditor reserves the right to supplement and/or amend this response.

9.    <u>Attorney's Fees and Costs:</u>        Secured Creditor has incurred additional fees and

costs as a result of having to file this response.

WHEREFORE, the Secured Creditor requests that the Court enter an Order Denying the Motion to Value Motion to Value Collateral and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:      */s/Melbalynn   Fisher*
Melbalynn   Fisher
Florida Bar No. 107698
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
954-526-5846
melbalynn.fisher@mccalla.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 31, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Amy R Smith, 2714 Southwest 81 Terrace # 2730, Hollywood, FL 33025.

By:     */s/Melbalynn   Fisher*

Melbalynn   Fisher

Stacy H Bressler       sbressler@aol.com

•Melbalynn Fisher     Melbalynn.Fisher@mccalla.com, FLBKECF@mccalla.com

•Michael A. Frank     pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

• Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

•Ashley Prager Popowitz     Ashley.popowitz@mccalla.com, flbkecf@mccalla.com

•Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com

March 12, 2018

MRLP
Ashley Popowitz, Esq.
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL  33301

**BERTELLE & ASSOCIATES, INC.**
4142 NW 6th Street
Deerfield Beach, FL 33442
Phone: (954) 770-2519
Email: Chip@BertelleAppraisals.com

RE:  Real estate appraisal of an adult living facility (ALF) located at 2616 Washington
      Street, Hollywood, FL

Dear Mrs. Popowitz:

I have prepared a retrospective appraisal of the above captioned property in accordance
with your request having an effective date of value of December 4, 2017.  The rights and
interests appraised are those of the fee simple estate.  The subject is currently operating
as a 6-bed Adult Living Facility (ALF).  The value conclusion found in this report are for
rights in realty only and does not include business value.  The purpose of this appraisal is
to assist the client in a foreclosure matter.

The report that follows is an Appraisal Report as defined by the Uniform Standards of
Professional Appraisal Practice (USPAP) and is in full compliance with USPAP.

The subject has been appraised under the Extraordinary Assumption that there is no mold
present.  The presence of mold can have a significant impact on value.

On the basis of my investigation and analyses, I have estimated the market value of the
real estate as of December 4, 2017 to have been as follows:

### Two Hundred Sixty-Five Thousand ($265,000) Dollars

Thank you for the opportunity to be of service and please advise if I may be of further
assistance.

Very truly yours,

CR Bertelle, MAI
Cert Gen RZ723

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

2

# Table of Contents

Summary of Salient Facts & Conclusions ........................................................................ 3
Type of Report ................................................................................................................. 4
Purpose of Report, Intended Use, Client ......................................................................... 4
Market Value Definition ................................................................................................... 4
Property Interest Appraised ............................................................................................. 4
Scope of Work ................................................................................................................. 5
Appraisal Problem ........................................................................................................... 5
Property Location ............................................................................................................ 5
Subject Property Legal Description .................................................................................. 5
Property Owner's Name ................................................................................................... 5
Property Inspection ......................................................................................................... 5
Subject Photos ................................................................................................................ 6
Land Use & Zoning .......................................................................................................... 12
260 History of Title .......................................................................................................... 12
Exposure Time ................................................................................................................ 12
Highest and Best Use ...................................................................................................... 13
SALES COMPARISON APPROACH ................................................................................ 15
Summary of Comparable Sales ....................................................................................... 16
Adjustments to Sales ....................................................................................................... 18
Conclusion ...................................................................................................................... 19
Reconciliation of Approaches ......................................................................................... 20
ADDENDA ....................................................................................................................... 21
    Assumptions and Limiting Conditions ....................................................................... 22
    Appraiser' Certification .............................................................................................. 24

Exquisite Senior Care ALF                                                                      3
2616 Washington Street, Hollywood, FL

## Summary of Salient Facts & Conclusions

**Property Description**

|  |  |
|---|---|
| Property Type | A 6-bed Adult Living Facility (ALF) known as Exquisite Senior Care |
| Location | 2616 Washington Street, Hollywood, FL 33020 |

Building Area          1,611 SF adjusted building area according to the Broward County Property Appraiser's office.

Number of floors       1

Bedrooms/Baths         3/3

Condition              The roof is a flat roof that was damaged in 2016 during Hurricane Matthew.  The built-up composition needs to be removed and replaced.  Damage to the underlying plywood is unknown.  The property owner believes the roof repairs will cost nearly $20,000.  The building exterior was observed to be in average condition with no deferred maintenance items noted. The interior was observed to be in fair condition with some physical deterioration and deferred maintenance observed.  I have not received an environmental assessment for the subject.  The presence of mold is unknown.

View                   Garden

Purpose of Appraisal   Estimate the "as is" market value of the real estate

Rights & Interests Appraised   Fee simple estate

Effective Date of Value   December 4, 2017

Owner of Record        Amy R. Smith

Highest & Best Use     Cure all outstanding deferred maintenance and operate as an ALF

Hypothetical Condition   None

Extraordinary Assumption   The subject has been appraised under the Extraordinary Assumption that there is no mold present.  The presence of mold can have a significant negative impact on the market value of the property.

Exquisite Senior Care ALF                                                                                                          4
2616 Washington Street, Hollywood, FL

## Type of Report

This Appraisal Report is written in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP).

## Purpose of Report, Intended Use, Intended User, Client

The purpose of this appraisal is to develop and report an opinion of the market value of the real estate as of December 4, 2017.  The intended use is to assist the client, MRLP, in a foreclosure matter.  The intended user is Ashley Popowitz, Esq.

## Market Value Definition

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;
(2) Both parties are well informed or well advised, and acting in what they consider their own best interests;
(3) A reasonable time is allowed for exposure in the open market;
(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
(5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

## Property Interest Appraised

The interests appraised will be those of the fee simple estate.  The value conclusion is limited to the real estate and excludes any business value.

---

[1]  FDIC, Supplemental Appraisal Standards

Exquisite Senior Care ALF                                                                                 5
2616 Washington Street, Hollywood, FL

## Scope of Work

The appraisal problem is to estimate the current fee simple market value of the subject real estate. The scope includes a full interior and exterior inspection of the property. The Cost Approach and Income Approach were not developed since the subject would not be sold or purchased based on cost or income generated by a lease. The Sales Comparison Approach is the approach that resembles the actions of buyers and seller and has been employed in estimating the market value of the subject property. Sales of comparable properties were researched with the assistance of the MLS, the Broward County Property Appraiser's web site, Costar, and IRIS. All sales were verified with a party to the transaction. The scope does not include a roof inspection or an environmental assessment of the property.

## Appraisal Problem

The appraisal problem is to estimate the "as is" market value of the real estate as of December 4, 2017.

## Property Location

The subject is located at 2616 Washington Street in Hollywood, Florida.

## Subject Property Legal Description

According to the last deed of conveyance, the legal description is as follows:

> Lot 23, Block 2, Amended Plat of South Hollywood, a subdivision according to the plat or map thereof described in Plat Book 4, at page(s) 10, of the Public Records of Broward County, Florida.

## Property Owner's Name

The current owner of record is Amy R. Smith, a single woman.

## Property Inspection

**Date of Inspection**     February 22, 2018
**Those Present**          I was accompanied by Amy R. Smith, owner.

B e r t e l l e   &   A s s o c i a t e s ,   I n c .

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

6

## Subject Photos



Washington Street facing west



Front and east elevation facing southwesterly

Bertelle & Associates, Inc.

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

7

## Subject Photos



Entry to two units



Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

8



Kitchen



Dining room

B e r t e l l e  &  A s s o c i a t e s ,  I n c .

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

9

## Subject Photos



Typical bedroom



Typical bedroom

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL
10

## Subject Photos



Manager's office



Typical bathroom

Exquisite Senior Care ALF                                                              11
2616 Washington Street, Hollywood, FL

## Subject Photos



Activity room



Typical bathroom

Bertelle & Associates, Inc.

Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

12

## Land Use & Zoning

The county land use is Low (5) Residential, and the zoning is RS-3, Single Family District, by the city of Hollywood.

## History of Title

Subject property has sold within the last five years          Yes ( )      No ( X )

## Effective Date of Value

The effective date of value is December 4, 2017.

## Exposure Time

Exposure time for the subject is estimated at three to six months based on marketing times for properties in the neighborhood.

Bertelle & Associates, Inc.

Exquisite Senior Care ALF                                                                                      13
2616 Washington Street, Hollywood, FL

## Highest and Best Use (land as if vacant)

**Legally Permissible Use**
The fee simple estate is subject to the limitations of eminent domain, escheat, police power, and taxation.  The site has a land use designation of Low (5) Residential and is zoned RS-3, Single Family District, by the city of Hollywood.  The site, as if vacant, complies with minimum standards found in the RS-3 zoning code including minimum lot size of 5,000 SF and 50-foot lot width.

**Physically Possible Use**
Public utilities available to the property include water, sewer, electricity and telephone. Topography and drainage are adequate and typical for the neighborhood.  Access with the surrounding road network and trade area is good.

**Feasible Use Considerations**
Feasible uses must first be legally permissible and physically possible.  Based on legally permissible and physically possible use alternatives, the subject property, as though vacant, could be improved with virtually all the legally permitted uses outlined in zoning that could be accommodated on a 7,021 SF lot.  Existing development in the area is predominantly single-family homes.

**Maximally Productive Use**
Having considered legally permissible, physically possible, and economically feasible use alternatives, the maximally productive use for the site as if vacant is for a single-family home.

## Highest and Best Use (as improved)

**Legally Permissible Use**
The subject was originally built as a duplex in 1953.  Sometime after the property was last purchased in 2002 it was converted to an adult living facility (ALF).  The current use is legal non-conforming.

**Physically Possible Use**
The exterior walls were observed to be in average condition.  The roof sustained damage in 2016 during hurricane Matthew.  The property owner stated she has a claim on file with her insurance company and the cost to repair the roof is nearly $20,000.  The interior layout is unusual for a small ALF in that the demising wall between the two former duplex units remains intact.  In order to access the two units, it is necessary to leave the building and enter a second doorway.

The interior layout includes three bedrooms, three baths, a utility room, an activity room, a manager's office, a day room, a dining room and a small kitchen.  The interior was observed to be in fair condition.  With only one kitchen, the subject could not return to a duplex property without the installation of a new kitchen in the northern unit.  The kitchen was observed to be in poor condition requiring a complete renovation including new equipment, cabinetry and countertops.  Some of the deferred maintenance is cosmetic in nature including cleaning grout lines and painting.  The subject has been appraised under

Exquisite Senior Care ALF                                                                                                14
2616 Washington Street, Hollywood, FL

the Extraordinary Assumption that the property is free from any harmful pollutants and contaminants including mold.

**Feasible Use Considerations**

There appears to be a reasonably active market for Adult Living Facilities in Broward County. Single family and multifamily homes converted to ALF use has been ongoing in the county for more than 20 years. The baby boomer generation is in its 60"s and 70's and should increase demand for this type of product over the near foreseeable future. It is apparent from the market that some of the trading involving a small ALF is due to poor management and an under-capitalized business, which ultimately leads to business failure. An ALF is a specialized business that requires specialized and experienced, competent management.

**Maximally Productive Use**

Based on the foregoing, the maximally productive use for the property is to repair the roof, cure all deferred maintenance, renovate the kitchen and continue operating as an ALF.

Exquisite Senior Care ALF                                                                                    15
2616 Washington Street, Hollywood, FL

# Sales Comparison Approach

A Cost Approach and Income Approach were not developed owing to the age of the improvements and the fact that ALF properties are generally not leased. The preferred method in estimating the value of a property like the subject is the Sales Comparison approach, which is based on the theory of substitution.  At the core of the theory is the premise that a prudent buyer would pay no more for a property than one of similar or equal utility that recently sold.  In this approach similar sale properties are compared to the subject and adjusted for dissimilarities.

The sales search focused on ALF properties that were converted from single family or multifamily properties in Broward County.  A total of three sales were found that are suitable for direct comparison with the subject.  On the following page is a sales grid of the sales with a location map.

Exquisite Senior Care ALF                                                                                      16
2616 Washington Street, Hollywood, FL

## Summary of Comparable Sales

|  | Subject | Sale 1 | Sale 2 | Sale 3 | Average |
|---|---|---|---|---|---|
| Address | 2616 | 13400 | 3300 | 11360 |  |
| Street | Washington St | Stirling Rd | SE 7 St | NW 29 St |  |
| City | Hollywood | SW Ranches | Pompano Bch | Sunrise |  |
| Adjusted Building Area (SF) | 1,611 | 6,254 | 8,665 | 3,514 | 6,144 |
| Year Built | 1953 | 1973 | 1949 | 1972 | 1965 |
| Number of Beds | 6 | 10 | 31 | 12 | 19 |
| Square Feet/Bed | 269 | 481 | 280 | 293 | 351 |
| Condition | Fair | Superior | Superior | Superior |  |
| Date of Sale |  | Aug-17 | Mar-17 | Jun-17 | Jun-17 |
| **Sale Price** |  | **$875,000** | **$1,725,000** | **$583,000** | **$1,061,000** |



Exquisite Senior Care ALF
2616 Washington Street, Hollywood, FL

17

**Sale 1**



**Sale 2**



**Sale 3**

 

Bertelle & Associates, Inc.

Exquisite Senior Care ALF                                                                                            18
2616 Washington Street, Hollywood, FL

## Adjustments to Sales

**Real Property Rights Conveyed**

All three sales involved the purchase of a fee simple estate subject only to standard encumbrances such as utility easements. Adjustments for real property rights conveyed were not warranted.

**Financing**

All of the sales were cash to seller transactions and no adjustments for financing were necessary.

**Conditions of Sale**

All three transactions were at arm's length with no unusual conditions of sale. No adjustments were warranted for conditions of sale.

**Market Conditions**

The sales took place between March and August of 2017. The real estate market has been stable over the past year with low appreciation throughout the county for residential properties. Any increase in value due to changes in market conditions will be considered in the conclusion.

**Location**

Sales 1 & 3

Both sales are all located in similar residential neighborhoods and adjustments for location were not warranted. It should be noted that Sale 3 involves two (2) six-bed ALFs located in the city of Sunrise that were sold together by one seller to one buyer.

Sale 2

Sale 2 is located on the barrier island in Pompano Beach, a few blocks from the ocean. A qualitative downward adjustment has been made for location.

**Condition**

As noted, the subject roof needs to be repaired and resurfaced. The owner stated that she had a cost estimate of nearly $20,000 for the repair. If the underlying plywood needs replacing in addition to the resurface, this cost would be reasonable. The subject interior is in fair condition while the sales were all in at least average condition. The cost to repair and resurface the roof and to cure deferred maintenance items within the interior of the building is estimated at $35,000. Since all three sales had roofs that were in good condition and the interior did not exhibit any deferred maintenance, all three sales have been adjusted downward by $35,000 for condition.

**Business**

Sales 1 & 2

Neither sale involved the conveyance of a business. Neither were operational ALFs at the time of sale. Neither sale required an adjustment for business.

Sale 3

According to the listing broker the property was operating as an ALF and the sale price included the conveyance of the business value that the broker estimated to be approximately $100,000. Sale 3 was adjusted downward by $100,000 for the value of the business.

Exquisite Senior Care ALF                                                                                    19
2616 Washington Street, Hollywood, FL

## Sales Adjustment Grid

| | Subject | Sale 1 | Sale 2 | Sale 3 | Average |
|---|---|---|---|---|---|
| Address | 2616 | 13400 | 3300 | 11360 | |
| Street | Washington St | Stirling Rd | SE 7 St | NW 29 St | |
| City | Hollywood | SW Ranches | Pompano Bch | Sunrise | |
| Adjusted Building Area (SF) | 1,611 | 6,254 | 8,665 | 3,514 | 6,144 |
| Year Built | 1953 | 1973 | 1949 | 1972 | 1965 |
| Number of Beds | 6 | 10 | 31 | 12 | 18 |
| Square Feet/Bed | 269 | 625 | 280 | 293 | 399 |
| Condition | Fair | Superior | Superior | Superior | |
| Date of Sale | | Aug-17 | Mar-17 | Jun-17 | Jun-17 |
| **Sale Price** | | **$875,000** | **$1,725,000** | **$583,000** | **$1,061,000** |
| **Adjustments:** | | | | | |
| Real Property Rights | | $0 | $0 | $0 | $0 |
| Financing | | $0 | $0 | $0 | $0 |
| Conditions of Sale | | $0 | $0 | $0 | $0 |
| Market Conditions | | $0 | $0 | $0 | $0 |
| **Subtotal** | | **$875,000** | **$1,725,000** | **$583,000** | **$1,061,000** |
| Location | | $0 | ↓ | $0 | $0 |
| Condition | | ($35,000) | ($35,000) | ($35,000) | ($35,000) |
| Business | | $0 | $0 | ($100,000) | ($33,333) |
| **Adjusted Price** | | **$840,000** | **$1,690,000** | **$448,000** | **$992,667** |
| **Adjusted Price/SF** | | **$134** | **$195** | **$127** | **$152** |
| **Adjusted Price/Bed** | | **$84,000** | **$54,516** | **$37,333** | **$58,616** |

## Conclusion

The adjusted unit prices range from $127/SF to $195/SF and from $37,333/bed to $84,000/bed. None of the sales required an adjustment for real property rights conveyed, financing or conditions of sale. Changes in market conditions will be considered in the conclusion. All three sales required a downward adjustment for condition and Sale 3 for a business.

Sale 1 has more square feet of building area per bed than the subject and the remaining two sales. This is reflected in the price per unit which is the highest among the three sales. For this reason, Sale 1 has not been given as much weight as Sales 2 and 3.

Sale 2 is similar regarding year built, square feet per bed and location. It differs in terms of the number of beds.

Sale 3 involves two (2) six-bed properties, each similar to the subject. The sale property has a ratio of square feet per bed that is similar to the subject. Sale 3 included a business and the sale was adjusted downward accordingly.

With consideration to all the sales, but with greater weight given to Sales 2 and 3, the unit values concluded for the subject property are $160/SF and $45,000 bed which produces the following value indications:

$160/SF X 1,611 SF = $257,760
$45,000 X 6 = $270,000

With consideration to both units of comparison, the "as is" market value of the subject real estate as of December 4, 2017 is estimated at **$265,000**.

B e r t e l l e  &  A s s o c i a t e s ,  I n c .

Exquisite Senior Care ALF                                                                                                    20
2616 Washington Street, Hollywood, FL

## Reconciliation of Approaches

| Cost Approach | Sales Comparison Approach | Income Approach |
|:---:|:---:|:---:|
| N/A | $265,000 | N/A |

The Cost and Income Approaches were not developed since the subject would not be sold based on either cost or rental income.

The Sales Comparison approach was developed since the typical buyer would consider prices paid for similar properties in the neighborhood.  A total of three sales were included for direct comparison.  The quality and quantity of comparable sales data available for direct comparison was good.  The Sales Comparison approach provided a reliable indication of value.

With sole reliance on the Sales Comparison approach, the market value for the subject as of December 4, 2017 is estimated at **$265,000**.

Exquisite Senior Care ALF                                                                                21
2616 Washington Street, Hollywood, FL

# Addenda

# Assumptions and Limiting Conditions

**This appraisal report has been made with the following general assumptions:**

No responsibility is assumed for the legal description or for matters including legal or title considerations.  Title to the property is assumed to be good and marketable unless otherwise stated.

l    The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

■    Responsible ownership and competent property management are assumed.

■    The information furnished by others is believed to be reliable.  However, no warranty is given for its accuracy.

■    All engineering is assumed to be correct.  The plat plans and illustrative material in this report are included only to assist the reader in visualizing the property.

■    It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable.  No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

■    Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser.  The appraiser has no knowledge of the existence of such materials on or in the property.  The appraiser, however, is not qualified to detect such substances.  The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property.  The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value.  No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

■    It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

■    It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.

■    It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

Exquisite Senior Care ALF                                                                              23
2616 Washington Street, Hollywood, FL

- It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

**The appraisal report has been made with the following general limiting conditions:**

- The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization.  The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

- Possession of this report, or a copy thereof, does not carry with it the right of publication.

- The appraiser, by reason of this appraisal, is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.

- Neither all nor any part of the contents of the report (especially any conclusions as to value, the identity of appraiser, of the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, sales, or other media without the prior written consent and approval of the appraiser.

Exquisite Senior Care ALF                                                                                                      24
2616 Washington Street, Hollywood, FL

# Appraiser's Certification

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation, and with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- I have made a personal inspection of the property that is the subject of this report.

- No one provided significant real property appraisal assistance to the person signing this certification.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The appraiser has performed within the context of the competency provision of the Uniform Standards of Professional Appraisal Practice.

- This report was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

- I currently hold an appropriate state license or certification allowing the performance of real estate appraisals in connection with federally related transactions.

As of the date of this report, I, Charles Bertelle, MAI, have completed the requirements under the continuing education program of the Appraisal Institute.


_____                              March 12, 2018_____
CR Bertelle, MAI                                                        Date
State-Certified General Appraiser 723

Exquisite Senior Care ALF                                                                            25
2616 Washington Street, Hollywood, FL

# Qualifications

## CR Bertelle, MAI

## Memberships

Member Appraisal Institute (MAI) No. 8449, Appraisal Institute
Member of American Institute of Certified Planners (AICP) No. 011946 (inactive)
Member of American Planning Association (inactive)
Member Fort Lauderdale Realtor Commercial Alliance

## Licenses

State-certified General Appraiser RZ723
Registered Real Estate Broker, State of Florida

## Employment

President Bertelle Realty, Inc. June 2010
President Bertelle & Associates, Inc. since October 1991
Vice President Florida Right of Way Associates November, 1987 to October 1991
Vice President of Pederson & Trask, Inc. June, 1986 to October 1991
Associate Appraiser with Pederson & Trask, Inc. May, 1983 to June 1986
Sales Associate with Carr Realty, Inc., April 1982 to May 1983

## Education

Bachelor of Science Degree, University of Hartford, West Hartford, Connecticut
Post Graduate Studies, University of Hartford, West Hartford, Connecticut

## Technical Training

**Partial List of Appraisal Institute Courses Completed**

| | |
|---|---|
| Florida State Law | Proposed Subdivisions & Condos |
| Florida State Law & USPAP Review | Houses to Hotels |
| Code of Professional Ethics | Litigation Appraising |
| Analyzing Income Producing Properties | Standards of Professional Practice |
| Federal Land Acquisition | Non-Conforming Uses |
| Regression Analysis | Small Mixed Use Properties |
| Mock Trial for Appraisers | Attacking & Defending an Appraisal |
| Hotel Valuation | Troubled Properties |
| Special Purpose Properties | Americans with Disabilities Act |
| Feasibility Analysis | Valuation Analysis and Report Writing |
| Case Studies | Appraisal Principles |
| Basic Valuation Procedures | Capitalization Theory and Techniques |
| Various Seminars | |

Exquisite Senior Care ALF                                                                                                26
2616 Washington Street, Hollywood, FL

**Society of Real Estate Appraisers**
Courses 101, 102, 201

## Partial List of Clients

| | |
|---|---|
| SunTrust Bank | Wachovia |
| CityNational Bank of Florida | Community Bank of Broward |
| Pan American Bank | Tri-Rail |
| Holland Builders | Metro Bank |
| Hicks & Schreiber, P.A. | John C. Lukacs, P.A. |
| John C. Lukacs, P.A. | Brigham Moore, LLP |
| Earle & Patchen, P.A. | Shutts & Bowen, LLP |
| Taco Bell Corporation | Broward County School Board |
| Florida Department of Transportation | Broward County |
| American General | Holland Builders |
| Florida Power & Light | Town of Davie |
| City of Sunrise | City of Hallandale |
| Motiva Enterprises, LLC | Commercial Finance Group, Inc. |

## Qualified as Expert Witness

Circuit courts of Broward County, Miami-Dade County, Palm Beach County, Charlotte County
Federal Bankruptcy Court

## Counties Appraised Geographically

Miami-Dade, Broward, Palm Beach, Charlotte, Pinellas, Hillsborough